# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| David Wright, Jr. | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.  6:24-cv-02023-CJW-MAR |
| United States of America | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The Motion pursuant to 28 U.S.C. § 2255 is denied. A certificate of appealability is also denied.

.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    C.J.Williams _____ on a motion for
relief pursuant to 28 U.S.C. § 2255.

.

Date:    5/9/2024 _____

CLERK OF COURT

/s/ *jag*
_____
*Signature of Clerk or Deputy Clerk*